SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
bleimkuhler@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Defendant,
GREATCOLLECTIONS.COM, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ABELARDO MARTINEZ, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>GREATCOLLECTIONS.COM, LLC., a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:19-cv-01647-JLS-KES<br><br>**DECLARATION OF GREGORY F. HURLEY IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE RE: REMAND**<br><br>Action Filed: July 26, 2019<br>Removed: August 26, 2019<br>Trial Date: None Set |

## DECLARATION OF GREGORY F. HURLEY

I, Gregory F. Hurley, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Defendant, GREATCOLLECTIONS.COM, LLC ("Defendant"). If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief. This declaration is submitted in support of Defendant's Response to Order to Show Cause re: Remand.

2. Attached to this Declaration as Exhibit A is a true and correct copy of Plaintiff Abelardo Martinez's trial brief dated November 12, 2018, in the matter of *Martinez v. San Diego County Credit Union*, Superior Court of California for the County of San Diego Case No. 37-2017-00024673-CU-CR-NC.

3. Attached to this Declaration as Exhibit B is a true and correct copy of the Court order dated November 19, 2018, granting motion for nonsuit in the matter of *Martinez v. San Diego County Credit Union*, Superior Court of California for the County of San Diego Case No. 37-2017-00024673-CU-CR-NC.

4. Attached to this Declaration as Exhibit C is a true and correct copy of an order dated June 14, 2011 in the lawsuit entitled *Jackson v. Little Caesar Pizza et al.*, Case No. 2:11-cv-03643 (C.D. Cal. 2011).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19th day of September, 2019, at Costa Mesa, California.

/s/ *Gregory F. Hurley*
Gregory F. Hurley